IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 9 2006

Charles R. Fulbruge III
Clerk

No. 03-41345

In The Matter Of: SUPREME BEEF PROCESSORS INC

　　　　　　　　　　　　　　　　　　　　Debtor

------------------------

STEPHEN ZAYLER, Trustee of the Estate of
Supreme Beef Processors Inc

　　　　　　　　　　　　　　　　　　　　Appellant

　　v.

DEPARTMENT OF AGRICULTURE; UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　　　　　Appellees

- - - - -
Appeal from the United States District Court for the
Eastern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion November 16, 2004, 5 Cir., 2004, _____F.3d____)

(March 9, 2006)

BEFORE:　JONES, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, SMITH,
　　　　　WIENER, BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART,
　　　　　DENNIS, CLEMENT, PRADO and OWEN, Circuit Judges.[1]

BY THE COURT:

　　　　A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

　　　　IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of
supplemental briefs.

_____

　　　[1]Judge King is recused and did not participate in this
decision.